# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Shakhawan Al-Jammoor<br>Mariwan Aljammoor<br>Banaz Al Barazanji**,** | ) <br> ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) | 3:22-cv-00459-FDW-DCK |
| vs. | ) <br> ) | |
| Sean Murphy<br>Department of State<br>Anthony Blinken**,**<br>Defendant(s). | ) <br><br><br> ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 5, 2023 Order.

June 5, 2023

_____

Katherine Hord Simon, Acting Clerk
United States District Court